# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffrey J. Prosser, pro se, and John P. Raynor, pro se, <br><br> Plaintiffs, <br><br> v. <br><br> Federal Agricultural Mortgage Corporation; the United States Department of Agriculture, and National Rural Utilities Cooperative Finance Corporation; <br><br> Defendants | Civil No.: 1:08-cv-00687 <br><br> Motion |

## MOTION FOR APPROVAL TO MAKE ALL FILINGS ELECTRONICALLY

COMES NOW, John P. Raynor, Movant, and states:

1. Movant is a member of the Nebraska Bar Association and admitted to practice in the Nebraska District Court.

2. Movant is not a member of the District of Columbia bar association nor is Movant admitted to practice in the Federal District Court for the District of Columbia.

3. Movant is a pro se plaintiff in the above captioned matter.

4. Movant has a Pacer account and has previously filed electronically though Movant's practice is business law rather than litigation.

5. Movant knows how to use the Electronic Case Filing System.

6. The other Plaintiff, Jeffrey J. Prosser, is also acting in a pro se capacity and thus is not represented by counsel.

7.  Movant requests permission to use the ECF system to file on behalf of Jeffrey J. Prosser.

WHEREFORE, Movant requests that the Court allow Plaintiff to use the ECF system for future filings.

For the Court's convenience, the Movant has enclosed a proposed order.

Dated: April 30, 2008.

>  Respectfully submitted:
>  John P. Raynor, Plaintiff
>
>  _/s/ John P. Raynor_
>  John P. Raynor, Pro Se
>  Raynor, Rensch & Pfeiffer
>  10110 Nicholas Street, Suite 102
>  Omaha, Nebraska 68114
>  Telephone No.: (402) 498-4400
>  jraynor@rrplawyers.com

### Certificate of Service

The undersigned certifies that a true and correct copy of the above and foregoing Motion and Proposed Order was sent by regular Unites States mail, postage prepaid, on this 6th day of May, 2008 to the following:

| | |
|---|---|
| John J. List<br>General Counsel<br>National Rural Utilities Cooperative Finance Corporation<br>2201 Cooperative Way<br>Herndon, Virginia 20171 | Federal Agricultural Mortgage Corporation<br>C/O Adam Strochak<br>Weil, Gotshal & Manges LLP<br>1300 Eye Street, NW<br>Suite 900<br>Washington, DC 20005 |

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Taylor, USA
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

United States Department of Agriculture
Mr. L. Benjamin Young, Jr.
General Counsel
Room 3311-S
1400 Independence Ave., S.W.
Washington, D.C. 20250

_____
John P. Raynor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffrey J. Prosser, pro se, and John P. Raynor, pro se,<br><br>                Plaintiffs,<br><br>  v.<br><br>Federal Agricultural Mortgage Corporation; the United States Department of Agriculture, and National Rural Utilities Cooperative Finance Corporation;<br><br>                Defendants | Civil No.: 1:08-cv-00687<br><br>**Order** |

Having considered the Motion of pre se plaintiff, John P. Raynor, to be granted access to the ECF system for the above captioned case, the Motion is hereby granted.

Dated:  May __, 2008.

_____
The Honorable James Robertson, Jr.,
District Court Judge