IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER, and JOHN P. RAYNOR,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,<br><br>    Defendants. | Case No. 08-cv-00687-JR |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Adam P. Strochak as counsel of record for the defendant Federal Agricultural Mortgage Corporation in the above-captioned case.

            Respectfully submitted,

            /s/ Adam P. Strochak
            Adam P. Strochak
            D.C. Bar No. 439308
            WEIL, GOTSHAL & MANGES LLP
            1300 Eye Street, NW
            Suite 900
            Washington, DC 20005
            (202) 682-7000

            Counsel for Defendant Federal Agricultural Mortgage Corporation

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of May, 2008, a true and accurate copy of the above document was filed electronically in the case identified above. A copy of the filing will be sent to the parties listed below via United States Postal Service mailing.

      JEFFREY J. PROSSER
      P.O. Box 5227
      St. Croix, VI 80823
      PRO SE

      JOHN P. RAYNOR
      10110 Nicholas Street
      Suite 102
      Omaha, NE 68114
      (402) 498-4400
      PRO SE

              /s/ Adam P. Strochak
              Adam P. Strochak