IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER, and JOHN P. RAYNOR,<br><br>                    Plaintiffs,<br><br>         v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,<br><br>                    Defendants. | Case No. 08-cv-00687-JR |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1 AND LOCAL RULE 7.1

I, the undersigned counsel of record for defendant, Federal Agricultural Mortgage Corporation ("Farmer Mac"), an instrumentality of the United States, certify that to the best of my knowledge and belief, that Farmer Mac has the following parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public: Farmer Mac Mortgage Securities Corporation.

In addition, Zions First National Bank owns greater than 10 percent of Farmer Mac's stock.  Zions First National Bank, in turn, is a wholly-owned subsidiary of Zions Bancorporation, a publicly-traded company.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Adam P. Strochak
Adam P. Strochak
D.C. Bar No. 439308
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
(202) 682-7000

Counsel for Defendant Federal Agricultural Mortgage Corporation

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of May, 2008, a true and accurate copy of the above document was filed electronically in the case identified above. A copy of the filing will be sent to the parties listed below via United States Postal Service mailing.

        JEFFREY J. PROSSER
        P.O. Box 5227
        St. Croix, VI 80823
        PRO SE

        JOHN P. RAYNOR
        10110 Nicholas Street
        Suite 102
        Omaha, NE 68114
        (402) 498-4400
        PRO SE

              /s/ Adam P. Strochak
              Adam P. Strochak