# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

JEFFREY J. PROSSER, and JOHN P. RAYNOR,

Plaintiffs,

v.

FEDERAL AGRICULTURE MORTGAGE
CORPORATION, UNITED STATES DEPARTMENT
OF AGRICULTURE, and NATIONAL RURAL
UTILITIES COOPERATIVE FINANCE
CORPORATION,

Defendants.

Case No. 08-cv-00687-JR

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the time for defendant Federal Agriculture Mortgage Corporation to answer or otherwise move with respect to the complaint in this action shall be extended to and including May 30, 2008.

Dated this 7th day of May, 2008.

Respectfully Submitted,

Adam P. Strochak
D.C. Bar No. 439308
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
(202) 682-7000

Counsel for Defendant Federal Agriculture
Mortgage Corporation

John P. Raynor
10110 Nicholas Street
Suite 102
Omaha, NE 68114
(402) 498-4400
PRO SE

Jeffrey J. Prosser
P.O. Box 5227
St. Croix, VI 80823
PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2008, a true and accurate copy of the above document was filed electronically in the case identified above. A copy of the filing will be sent to the parties listed below via United States Postal Service mailing.

JEFFREY J. PROSSER
P.O. Box 5227
St. Croix, VI 80823
PRO SE

JOHN P. RAYNOR
10110 Nicholas Street
Suite 102
Omaha, NE 68114
(402) 498-4400
PRO SE

/s/ Adam P. Strochak
Adam P. Strochak