IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER, and JOHN P. RAYNOR,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,<br><br>        Defendants. | Case No. 08-cv-00687-JR |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Alexander O. Levine as counsel of record for the defendant Federal Agricultural Mortgage Corporation in the above-captioned case.

                              Respectfully submitted,

                              /s/ Alexander O. Levine
                              Alexander O. Levine
                              D.C. Bar No. 501924
                              WEIL, GOTSHAL & MANGES LLP
                              1300 Eye Street, NW
                              Suite 900
                              Washington, DC 20005
                              (202) 682-7000

                              Counsel for Defendant Federal Agricultural Mortgage Corporation

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of May, 2008, a true and accurate copy of the above document was filed electronically in the case identified above. A copy of the filing will be sent to the parties listed below via United States Postal Service mailing.

JEFFREY J. PROSSER
P.O. Box 5227
St. Croix, VI 80823
PRO SE

JOHN P. RAYNOR
10110 Nicholas Street
Suite 102
Omaha, NE 68114
(402) 498-4400
PRO SE

                                            /s/ Adam P. Strochak
                                            Adam P. Strochak