## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY J. PROSSER** and **JOHN P. RAYNOR,** | ) ) ) |
| Plaintiffs, | ) ) |
| **v.** | ) ) ) |
| **FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE,** and **NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,** | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Case No. **08-cv-687-JR**

## NOTICE OF APPEARANCE

Ryan P. Hartman of the law firm of Fulbright & Jaworski L.L.P. hereby enters his appearance on behalf of Defendant National Rural Utilities Cooperative Finance Corporation, and respectfully requests that copies of all pleadings, motions, orders, and other documents required to be served in this matter be served on him by the means below and/or via the Electronic Case Filing (ECF) system.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

 _/s/ Ryan P. Hartman_
    Ryan P. Hartman
    D.C. Bar 974807 / Dist. Ct. Bar TX0044
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone:     (202) 662-0200
Facsimile:     (202) 662-4643
Email:         rhartman@fulbright.com

ATTORNEYS FOR DEFENDANT
NATIONAL RURAL UTILITIES
COOPERATIVE FINANCE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I caused a true and correct copy of the above-referenced filing and any attachments thereto to be served on all parties by serving the following by the means indicated below:

Mr. Adam P. Strochak
Mr. Alexander O. Levine
Weil, Gotshal & Manges L.L.P.
1300 Eye Street, NW, Suite 900
Washington, DC. 20005
***By ECF***

Mr. Jeffrey J. Prosser
P.O. Box 5227
St. Croix, V.I. 80823
***By Certified Mail, Return Receipt Requested***

Mr. John P. Raynor
Raynor, Rensch & Pfeiffer
10110 Nicholas Street, Suite 102
Omaha, NE. 68114
***By Certified Mail, Return Receipt Requested***

Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
***By Certified Mail, Return Receipt Requested***

United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250
***By Certified Mail, Return Receipt Requested***

The Honorable Michael B. Mukasey, United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
***By Certified Mail, Return Receipt Requested***

***/s/ Ryan P. Hartman***
Ryan P. Hartman