UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER and JOHN P. RAYNOR, <br><br>Plaintiffs, <br><br>v. <br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, <br><br>Defendants. | Civil Case No. **08-cv-687 (JR)** |

### DEFENDANT NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION'S DISCLOSURE STATEMENT

Certificates required by Fed. R. Civ. P 7.1 and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for National Rural Utilities Cooperative Finance Corporation ("National Rural"), certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of National Rural which may have any outstanding securities in the hands of the public: National Cooperative Services Corporation.

I further certify that to the best of my knowledge and belief, National Rural has no parent corporation or any publicly held corporation that owns 10% or more of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

60097631.1

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

 /s/ *Ryan P. Hartman*
    Ryan P. Hartman
    D.C. Bar 974807 / Dist Ct. Bar TX0044
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone:   (202) 662-0200
Facsimile:    (202) 662-4643
Email:        rhartman@fulbright.com

ATTORNEYS OF RECORD FOR
DEFENDANT NATIONAL RURAL
UTILITIES COOPERATIVE FINANCE
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I caused a true and correct copy of the above-referenced filing and any attachments thereto to be served on all parties by serving the following by the means indicated below:

Mr. Adam P. Strochak
Mr. Alexander O. Levine
Weil, Gotshal & Manges L.L.P.
1300 Eye Street, NW, Suite 900
Washington, DC. 20005
*By ECF*

Mr. Jeffrey J. Prosser
P.O. Box 5227
St. Croix, V.I. 80823
*By Certified Mail, Return Receipt Requested*

Mr. John P. Raynor
Raynor, Rensch & Pfeiffer
10110 Nicholas Street, Suite 102
Omaha, NE. 68114
*By Certified Mail, Return Receipt Requested*

Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

*By Certified Mail, Return Receipt Requested*

United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250
*By Certified Mail, Return Receipt Requested*

The Honorable Michael B. Mukasey
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
*By Certified Mail, Return Receipt Requested*

                                                  */s/ Ryan P. Hartman*
                                                  Ryan P. Hartman