UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER and JOHN P. RAYNOR,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,<br><br>Defendants. | Civil Case No. **08-cv-687 (JR)** |

**MOTION FOR ADMISSION OF GERARD G. PECHT *PRO HAC VICE***

Pursuant to LCvR 83.2 of this Court, Ryan P. Hartman, a member in good standing of the bars of this Court and the District of Columbia and an attorney of record for Defendant National Rural Utilities Cooperative Finance Corporation ("National Rural") in the above-styled action, and Gerard G. Pecht, hereby respectfully move this Court for admission *pro hac vice* of Gerard G. Pecht in the above-referenced cause.

Defendant National Rural has requested that Mr. Pecht be permitted to participate as its counsel in the above-referenced action. Mr. Pecht is a member in good standing of the State Bar of Texas, is a partner in the law firm of Fulbright & Jaworski L.L.P., and has executed a declaration pursuant to LCvR 83.2 which is attached hereto as Exhibit "A."

WHEREFORE, Ryan P. Hartman and Gerard G. Pecht, ask this Honorable Court to grant this motion and admit Gerard G. Pecht *pro hac vice* to the United States District Court for the District of Columbia in the above-referenced case. A proposed order is attached.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

*/s/ Ryan P. Hartman*
Ryan P. Hartman
D.C. Bar 974807 / Dist Ct. Bar TX0044
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone:    (202) 662-0200
Facsimile:    (202) 662-4643
Email:    rhartman@fulbright.com

Gerard G. Pecht (pro hac vice pending)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

COUNSEL FOR DEFENDANT NATIONAL
RURAL UTILITIES COOPERATIVE
FINANCE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I caused a true and correct copy of the above-captioned motion and any attachments to be served on the following by the means indicated below:

Adam Strochak
Mr. Alexander O. Levine
Weil, Gotshal & Manges L.L.P.
1300 Eye Street, NW, Suite 900
Washington, DC 20005
*By ECF*

Jeffrey J. Prosser
P.O. Box 5227
St. Croix, VI 80823
*By Certified Mail, Return Receipt Requested*

John P. Raynor
Raynor, Rensch & Pfeiffer
10110 Nicholas Street
Suite 102
Omaha, NE 68114
*By Certified Mail, Return Receipt Requested*

Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530
*By Certified Mail, Return Receipt Requested*

The United States Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250
*By Certified Mail, Return Receipt Requested*

The Honorable Michael B. Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
*By Certified Mail, Return Receipt Requested*

                                              */s/ Ryan P. Hartman*
                                                  Ryan P. Hartman

Civil Case No. 08-cv-687-JR, *Jeffrey J. Prosser & John P. Raynor v. Federal Agricultural Mortgage Corporation, United States Department of Agriculture, & National Rural Utilities Cooperative Finance Corporation*, in the United States District Court for the District of Columbia

# Exhibit A

to

# National Rural Utilities Cooperative Finance Corporation's Motion for Admission of Gerard G. Pecht *Pro Hac Vice*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY J. PROSSER and <br> JOHN P. RAYNOR, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL AGRICULTURAL <br> MORTGAGE CORPORATION, <br> UNITED STATES DEPARTMENT OF <br> AGRICULTURE, and NATIONAL <br> RURAL UTILITIES COOPERATIVE <br> FINANCE CORPORATION, <br><br> Defendants. | Civil Case No. **08-687 (JR)** |

### DECLARATION OF GERARD G. PECHT IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Gerard G. Pecht, submit the following declaration in support of the above-referenced motion for admission pro hac vice:

1. My full name is Gerard George Pecht.

2. My office address and telephone number are:

    Gerard G. Pecht
    Fulbright & Jaworski L.L.P.
    Fulbright Tower,
    1301 McKinney, Suite 5100,
    Houston, Texas 77010
    (713) 651-5151

3. I have been admitted to the following bars:

    a. State Bar of Texas
    b. State Bar of Ohio
    c. U.S. District Courts for the Eastern, Northern, Western and Southern Districts of Texas
    d. U.S. Court of Appeals for the Fifth Circuit
    e. U.S. Court of Appeals for the Sixth Circuit
    f. U.S. Court of Appeals for the Ninth Circuit

        g.    U.S. Court of Appeals for the Tenth Circuit
        h.    U.S. Court of Appeals for the Eleventh Circuit
        i.    U.S. Court of Appeals for the Federal Circuit

4.    I certify that I have not been disciplined by any bar.

5.    I have not been admitted pro hac vice in this Court within the last two years.

6.    I do not practice law from an office located in the District of Columbia.

7.    I further certify pursuant to LCvR 83.2 that I have previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 12, 2008    By: _____
                                                    Gerard G. Pecht

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER and JOHN P. RAYNOR, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. **08-cv-687 (JR)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADMITTING GERARD G. PECHT *PRO HAC VICE***

Upon consideration of the Motion for Admission of Gerard G. Pecht *Pro Hac Vice*, it is hereby **ORDERED** that the Motion is **GRANTED**. Gerard G. Pecht is hereby admitted *pro hac vice* to appear before this Court in the above-referenced matter.

**SO ORDERED** this _____ day of _____, 2008.

_____
HONORABLE JAMES ROBERTSON