UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY J. PROSSER, *et al.*,          :
                                       :
      Plaintiffs,                    :
                                       :
   v.                                  : Civil Action No. 08-0687 (JR)
                                       :
FEDERAL AGRICULTURAL MORTGAGE          :
CORPORATION, *et al.*,                 :
                                       :
      Defendants.                    :

### ORDER

The motion of plaintiff Raynor for leave to file electronically on his own behalf is **granted**, and the Clerk is directed to provide Mr. Raynor with a CM/ECF password without further motions.  See LCvR 5.4(b)(2).  Mr. Raynor's motion for leave to file on behalf of his co-plaintiff Prosser is more complex and requires further information: Is Mr. Raynor acting as Mr. Prosser's attorney, or not?  If not, are the interests of Messrs. Raynor and Prosser identical?  If they are, does Mr. Raynor contemplate simply filing every motion, response, or other pleading on behalf of both pro se plaintiffs?

                                      JAMES ROBERTSON
                          United States District Judge