UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY J. PROSSER, *et al.*,         :
                                      :
      Plaintiffs,                  :
                                      :
  v.                                  : Civil Action No. 08-0687 (JR)
                                      :
FEDERAL AGRICULTURAL MORTGAGE         :
CORPORATION, *et al.*,                :
                                      :
      Defendants.                  :

### ORDER

Upon consideration of defendant National Rural Utilities Cooperative Finance Corporation's motions for the *pro hac vice* appearances of Gerard G. Pecht [10] and Toby L. Gerber [11], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.


                                          JAMES ROBERTSON
                              United States District Judge