UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY J. PROSSER, *et al.*,          :
                                        :
      Plaintiffs,              :
                                        :
  v.                                    : Civil Action No. 08-0687 (JR)
                                        :
FEDERAL AGRICULTURAL MORTGAGE           :
CORPORATION, *et al.*,                  :
                                        :
      Defendants.              :

### ORDER

The motion to dismiss of defendant National Rural Cooperative Finance Corporation [9], being unopposed, is **granted as conceded.**  LCvR 7(b).


                                            JAMES ROBERTSON
                                United States District Judge