UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER and JOHN P. RAYNOR,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,<br><br>Defendants. | Civil Case No. **08-cv-687 (JR)** |

**DEFENDANT NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION'S PRELIMINARY RESPONSE TO JOHN RAYNOR'S MOTION TO DISQUALIFY FULBRIGHT & JAWORSKI L.L.P.**

In light of the Court's Order [Dkt. No. 14] granting Defendant National Rural Utilities Cooperative Finance Corporation's ("National Rural") Motion to Dismiss [Dkt. No. 9], and in the interest of judicial economy, National Rural files this preliminary response (the "Preliminary Response") to Plaintiff Raynor's Motion to Disqualify Fulbright & Jaworski L.L.P. (the "Motion to Disqualify") [Dkt. No. 17],[1] and respectfully states as follows:

1.   On May 30, 2008, the Court granted National Rural's Motion to Dismiss as conceded pursuant to LCvR 7(b) because Plaintiffs Raynor and Prosser failed to timely file a

---

[1] To the extent leave is required for National Rural to file this Preliminary Response, National Rural respectfully requests that such leave be granted by the Court. To the extent leave is required but denied, National Rural asks the Court to disregard this Preliminary Response in favor of the substantive response discussed below.

- 2 -

response to it. The Motion to Dismiss requested dismissal with prejudice of the Plaintiffs' lawsuit as to all defendants.

2. Thereafter, on June 4, 2008, counsel for National Rural received ECF notification of Plaintiff Raynor's Motion to Disqualify, dated May 29, 2008.[2]

3. Because the Court granted National Rural's Motion to Dismiss after the Motion to Disqualify was served, National Rural respectfully requests that the Court enter the attached order denying the Motion to Disqualify as moot. *See, e.g., Ali v. D.C. Court Servs. & Offender Supervision Agency*, 538 F. Supp. 2d 157, 162 (D.D.C. 2008) (granting motion to dismiss as conceded, among other reasons, and denying all other pending motions as moot); *see also Swecker v. Fed. Energy Regulatory Comm'n*, No. 06-1170, 2006 U.S. App. LEXIS 24872, at *2 (D.C. Cir. Oct. 3, 2006) (granting motion to dismiss and dismissing as moot summary judgment motion and request to suspend requirement to file certified index of record) (not designated for publication); *Indus. Energy Users-Ohio v. Fed. Energy Regulatory Comm'n*, No. 98-1593, 1999 U.S. App. LEXIS 11050, at *2 (D.C. Cir. Apr. 15, 1999) (granting motion to dismiss case for lack of ripeness and dismissing remaining motions as moot) (not designated for publication); *Williams Natural Gas Co. v. Fed. Energy Regulatory Comm'n*, No. 97-1606, 1997 U.S. App. LEXIS 37568, at *2 (D.C. Cir. Dec. 7, 1999) (granting motion to dismiss and dismissing as moot obligation to file certified index and motions to intervene) (not designated for publication).

4. In the interest of judicial economy, National Rural does not at this time file a substantive response to the Motion to Disqualify.[3] However, in the absence of the requested

---

[2] Counsel for National Rural also received a copy by mail on June 3, 2008. It was presumably mailed on or after its date, May 29.

[3] As previously stated, National Rural does not believe it necessary to file any substantive response to the Motion to Disqualify because this case against National Rural has been dismissed. *See, e.g., Burnison v.*

(continued)

guidance from the Court, National Rural, out of an abundance of caution, intends and respectfully reserves the right to file a substantive response to the Motion to Disqualify on or before its presumptive due date, June 12, 2008.[4]

## CONCLUSION AND PRAYER

For the foregoing reasons, Defendant National Rural respectfully requests that the Court enter the attached order denying as moot Plaintiff Raynor's Motion to Disqualify, and for all other relief to which defendants may be justly entitled.

Dated: June 4, 2008

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

*/s/ Ryan P. Hartman*
Ryan P. Hartman
D.C. Bar 974807 / Dist. Ct. Bar TX0044
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone:    (202) 662-0200
Facsimile:    (202) 662-4643
Email:        rhartman@fulbright.com

Gerard G. Pecht (*pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

Toby L. Gerber (*pro hac vice*)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

---

*Macias*, No. 97-3214, 1997 U.S. App. LEXIS 34322 (10th Cir. 1997) (stating that, "[b]ecause the complaint was dismissed prior to the date defendants' response to the motion for summary judgment was due, they had no obligation to file a response") (not designated for publication).

[4] National Rural also reserves the right to seek costs and damages from plaintiffs as a result of the impropriety of their Motion to Disqualify, including but not limited to their lack of standing to file it.

- 4 -

    Telephone:  (214) 855-8000
    Facsimile:  (214) 855-8200

COUNSEL FOR DEFENDANT NATIONAL
RURAL UTILITIES COOPERATIVE
FINANCE CORPORATION

## CERTIFICATE OF SERVICE

     I hereby certify that on June 4, 2008, I caused a true and correct copy of Defendant National Rural Utilities Cooperative Finance Corporation's Preliminary Response to John Raynor's Motion to Disqualify Fulbright & Jaworski L.L.P. and any attachments thereto to be served on all parties by serving the following by the means indicated below:

Mr. Adam P. Strochak
Mr. Alexander O. Levine
Weil, Gotshal & Manges L.L.P.
1300 Eye Street, NW, Suite 900
Washington, DC. 20005
*By ECF*

Mr. Jeffrey J. Prosser
P.O. Box 5227
St. Croix, V.I. 80823
*By Certified Mail, Return Receipt Requested*

Mr. John P. Raynor
Raynor, Rensch & Pfeiffer
10110 Nicholas Street, Suite 102
Omaha, NE. 68114
*By ECF and by Certified Mail, Return Receipt Requested*

Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
*By Certified Mail, Return Receipt Requested*

United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250
*By Certified Mail, Return Receipt Requested*

The Honorable Michael B. Mukasey
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
*By Certified Mail, Return Receipt Requested*

                                                                                     **/s/ Ryan P. Hartman**
                                                                                         Ryan P. Hartman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER and JOHN P. RAYNOR,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, and NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. **08-687 (JR)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DENYING AS MOOT PLAINTIFF RAYNOR'S MOTION TO DISQUALIFY FULBRIGHT & JAWORSKI L.L.P.

In light of the Court's order [Dkt. No. 14] granting Defendant National Rural Utilities Cooperative Finance Corporation's Motion to Dismiss [Dkt. No. 9], the Court hereby DENIES AS MOOT Plaintiff John Raynor's Motion to Disqualify Fulbright & Jaworski L.L.P [Dkt. No. 16].

SO ORDERED this _____ day of _____, 2008.

_____
HONORABLE JAMES ROBERTSON

60101968.1