UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY J. PROSSER and JOHN P. RAYNOR, <br><br> Plaintiffs *pro se*, <br><br> v. <br><br> FEDERAL AGRICULTURAL MORTGAGE CORPORATION, the UNITED STATES DEPARTMENT OF AGRICULTURE, and the NATIONAL RURAL UTILITIES COOPERATIVE FINANCE COOPERATION, <br><br> Defendants. | Civil Action No. 08-0687 (JR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel of record for defendant, United States Department of Agriculture, in the above-captioned case.

Respectfully submitted,

 /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing has been served by First-Class Mail, postage prepaid to:

JEFFREY J. PROSSER, *pro se*
P.O. Box 5227
St. Croix, VI 80823

JOHN P. RAYNOR, *pro se*
10110 Nicolas Street, Suite 102
Omaha, Nebraska 68114

Toby L. Gerber
FULBRIGHT & JAWORSKI, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

Gerard G. Pecht
FULBRIGHT & JAWORSKI
1301 McKinney Street
Suite 5100
Houston, TX 77010

on this 5th day of June, 2008.

    /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov