UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
JEFFREY J. PROSSER and JOHN P. RAYNOR,     )
                                                      )
            Plaintiffs *pro se*,                      )
                                                      )
      v.                                              )      Civil Action No. 08-0687 (JR)
                                                      )
FEDERAL AGRICULTURAL MORTGAGE              )
CORPORATION, the UNITED STATES             )
DEPARTMENT OF AGRICULTURE, and the         )
NATIONAL RURAL UTILITIES                   )
COOPERATIVE FINANCE COOPERATION,           )
                                                      )
            Defendants.                               )
                                                      )
_____  )

**DEPARTMENT OF AGRICULTURE'S REPLY
IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, U.S. Department of Agriculture ("USDA"), respectfully files this reply in

support of its motion dismiss, no. [23].  USDA's motion explained that Plaintiffs lack standing to

bring suit for numerous reasons and that even if the case were justiciable, their complaint would

fail to state a claim upon which relief may be granted.  Most of USDA's arguments were raised

by the other Defendants in this case, in their prior motions to dismiss, but despite this advance

warning, Plaintiffs' opposition, no. [24], makes no serious attempt to rebut USDA's arguments.

Instead, it merely repeats and embellishes many of the allegations in their complaint.  Only a

brief discussion is warranted here.

1.      In response to USDA's argument that Plaintiffs' respective bankruptcies strip

them of standing to bring suit, Plaintiffs implicitly concede that all of their alleged harms flow

through their alleged connections to the two corporations discussed in USDA's motion,

Innovative Communication Corporation and the Virgin Islands Telephone Corporation.  See Plf.

Opp. at 4.  As explained in USDA's motion to dismiss, this makes it impossible for Plaintiffs to

have standing.  See USDA Mot. to Dismiss at 10.  Moreover, Plaintiffs acknowledge that their

respective trustees in bankruptcy have not authorized this action, nonchalantly asserting that such

authorization is "merely perfunctory."  Id. at 5.

       2.      Plaintiffs' descriptions of a separate lawsuit that they might file, sometime in the

future, under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), see Complaint

¶ 100 and Plf. Opp. at 4-5, do nothing to undermine USDA's motion to dismiss.  If they have

filed their RICO suit, and it overlaps with the allegations here, then the repetition of allegations

in a separate suit may well be abusive and therefore frivolous.  See, e.g., Crisafi v. Holland, 655

F.2d 1305, 1309 (D.C. Cir. 1981).

      In their opposition, Plaintiffs add that "USDA and Farmer Mac are not conspirators under

RICO but . . . [they] aided and abetted CFC's retaliatory and extortionist actions against the

Plaintiffs--even if unwontedly [sic] so."  Plf. Opp. at 8.  Plaintiffs' vague allegations of

accidental actions do not state a claim upon which relief may be granted.

       3.      The remaining arguments in Plaintiffs' opposition do not clash in any notable way

with USDA's other arguments for dismissal.  USDA asks the Court to dismiss the case.

July 18, 2008                                                  Respectfully submitted,

                                                  _____
                                                  JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                  United States Attorney

                                                  /s/
                                                _____
                                                  RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                  Assistant United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Department of Agriculture's Reply in Support of its Motion to Dismiss has been served by First-Class Mail, postage prepaid to:

JEFFREY J. PROSSER, *pro se*
P.O. Box 5227
St. Croix, VI 80823

JOHN P. RAYNOR, *pro se*
10110 Nicolas Street, Suite 102
Omaha, Nebraska 68114

Toby L. Gerber
FULBRIGHT & JAWORSKI, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

Gerard G. Pecht
FULBRIGHT & JAWORSKI
1301 McKinney Street
Suite 5100
Houston, TX 77010

on this 18th day of July, 2008.

  /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov